STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CIVIL ACTION
                                                  DOCKET NO. CV-00-250
                                                  NM-Cum-5/7/2001

JEFFREY BENNETT, ESQ. and
THE BENNETT LAW FIRM
f/k/a BENNETT BENNETT AND TROIANO, P.A.
f/k/a BENNETT and ASSOCIATES, P.A.,

                    Petitioners

        v.                                        ORDER

HARVEY PRAWER, GILBERT PRAWER
and S. PRAWER & COMPANY,

                    Respondents

        Petitioners Jeffrey Bennett, Esq. and The Bennett Law Firm seeks to vacate the

Fee Arbitration Commission Panel's Award dated 12/30/99. The petitioners argue

that the issue presented to the Commission was not substantively arbitrable and that

the Commission exceeded its authority. These arguments are without merit. See 14

M.R.S.A. § 5938(1)(C) (1980); M. Bar. R. 3.3(c) & 9; Union River Valley Teachers

Ass'n v. Lamoine School Comm., 2000 ME 57, ¶ 5, 748 A.2d 990, 991-92; Harrington

v. Lord, 1997 ME 201, ¶ 7, 704 A.2d 1211, 1213-14; Tabs A, B & D attached to

Petition/Motion to Vacate; Tab 1 attached to Affidavit of Jeffrey Bennett in Support

of Motion to Permit Service by Mail or Publication; see also V.I.P., Inc. v. First Tree

Dev. Ltd. Liab. Co., 2001 ME 73, ¶ 3, __ A.2d __ (final decision on question of

substantive arbitrability rests with court).

        The entry is

        The Petition/Motion to Vacate Arbitration Award is DENIED.

Dated:   May 6, 2001.

                                                  Nancy Mills
                                                  Justice, Superior Court

| JEFFREY BENENTT, ESQ AND BENNETT BENNETT AND TROIANO, P.A. fka BENNETT and ASSOCIATES, P.A. | HARVEY PRAWER, GILBERT PRAWER S.PRAWER & COMPANY |
|---|---|
| DISMISSED-- vs. | THE FEE ARBITRATION COMMISSION OF THE BOARD OF OVERSEERS OF THE MAINE BAR |

| Plaintiff's Attorney JEFFREY BENNETT, ESQ   773-4775 PO BOX 7799, PORTLAND ME 04112 | Defendant's Attorney                    (OVERSEERS) KAREN KINGSLEY, Esq P.O.BOX 527 AUGUSTA, MAINE 04332-0527 623-1121 |
|---|---|
| | JOHN P. MCVEIGH, ESQ. (H & G PRAWER & PO BOX 9546                    S. PRAWER & CO PORTLAND, ME   04112-9546 |